THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Michael Davison, Appellant,
 
 
 
 
 

v.

 
 
 
 
 South Carolina
 Department of Corrections, Respondent.
 
 
 
 
 

Appeal from the Administrative Law Court
 Carolyn C. Matthews, Administrative Law
Court Judge

Unpublished Opinion No. 2011-UP-023
 Submitted January 1, 2011  Filed January
25, 2011    

AFFIRMED

 
 
 
 Michael Davison, pro se, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael
 E. Davison appeals the Administrative Law Court's (ALC) order dismissing Davison's
 appeal of his prison disciplinary action.  Davison argues the ALC erred when it
 misinterpreted the Department of Corrections's policy governing formal
 disciplinary actions in specific circumstances.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B)(a), (d) (Supp. 2009) (granting judicial review to determine
 whether "the substantive rights of the petitioner have been prejudiced
 because the finding, conclusion, or decision is . . . in violation of constitutional
 or statutory provisions; . . . [or] affected by other error of law); Al-Shabazz
 v. State, 338 S.C. 354, 381, 527 S.E.2d 742, 756-57 (2000) (explaining the
 "hands off" doctrine permits courts to intercede only "when
 infringements complained of by an inmate reach constitutional dimensions"
 or when "prison officials have acted arbitrarily, capriciously, or from
 personal bias"); and S.C. Coastal Conservation League v. S.C. Dep't of
 Health & Envtl. Control, 363 S.C. 67, 75, 610 S.E.2d 482, 486 (2005) ("Courts
 defer to the relevant administrative agency's decisions with respect to its own
 regulations unless there is a compelling reason to differ.").
AFFIRMED.
FEW, C.J.,
 SHORT and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.